**FILED APR 29 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name __WEAVER__   __WILLIE__   _____
   (Last)      (First)      (Initial)

Prisoner Number __J-91389__

Institutional Address __PELICAN BAY STATE PRISON P.O. Box 7000 CRESCENT CITY, CA. 95531.__

---

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

__WILLIE WEAVER__ ) CV 08 2285 JW
(Enter the full name of plaintiff in this action.) )
         vs. ) Case No. _____
) (To be provided by the Clerk of Court)
__WARDEN, ASSIST WARDEN,__ )
__LIEUTENANT, CAPTAIN,__ ) **COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
__SERGEANT, CORRECTIONAL__ ) Title 42 U.S.C § 1983
__OFFICERS THIRD WATCH, INMATES 204, 203, 209__ ) (PR)
(Enter the full name of the defendant(s) in this action) ) 04/24/08

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement __P.S.U__

   B.   Is there a grievance procedure in this institution?

        YES (✓)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?

        YES (✓)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT         - 1 -

1. Informal appeal _____
_____
_____

2. First formal level _____
_____
_____

3. Second formal level _____
_____
_____

4. Third formal level _____
_____
_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. **STILL BEING PROCESSED** _____
_____
_____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
**WILLIE WEAVER  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.**

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
**WARDEN, ASSIST WARDEN, LIEUTENANT,**

COMPLAINT                          - 2 -

1  CAPTAIN, SERGEANT, CORRECTIONAL
2  OFFICERS THIRD WATCH / INMATES 204, 203,
3  209    ON  04/24/08

4

5  III.  Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  ON 04/24/08 DEFENDANT(S) INMATES
11  ARE STILL HARRASSING PLAINTIFF IN
12  CELL 204, 203, 209 CELL 204 TELL
13  PLAINTIFF TO GET THE FUCK OUT OF
14  THIS SECTION, HERE ARE WITNESSES
15  GOING THREW THE SAME PROBLEM,
16  WILLOCK, CARLOS COTZ, MONTELLO,
17  JOHN RABE D-58042 DEFENDANT(S)
18  SHOWED DELIBERATE INDIFERENCE UNDER
19  THE EIGHT AMENDMENT THAT CONSTITUTE
20  CRUEL UNUSUAL PUNISHMENT.
21  THIS SUPPOSE TO BE THE QUIET SECTION.

22

23  IV.  Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  LIABILITY DAMAGES: 50,000 FIFTY
27  THOUSAND DOLLARS DUE TO, HARRASSMENT
28  CONSPIRACY, U.S. CONSTITUTION VIOLATION

COMPLAINT                    - 3 -

1  PUNITIVE DAMAGES: 50.000 FIFTY
2  THOUSAND DOLLARS DUE TO: MENTAL
3  ANGUISH, STRESS DISORDER,
4  
5  I declare under penalty of perjury that the foregoing is true and correct.
6  
7  Signed this __04__ day of __24__, 20__08__
8  
9  _____Willie Weaver_____
10               (Plaintiff's signature)

COMPLAINT                          - 4 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM Z

CONFIDENTIAL
LEGAL MAIL

9410283661 0004

OFFICE OF THE C[LERK]
UNITED STATES
COURT NORTHER[N]
DISTRICT OF CALI[FORNIA]
450 GOLDEN GA[TE]
AVENUE
SAN FRANCISCO,